JURY

# U.S. District Court
# Eastern District of Virginia – (Richmond)
# CIVIL DOCKET FOR CASE #: 3:16–cv–00304–JAG *SEALED*

| | |
|---|---|
| Sealed Plaintiff et al v. Sealed Defendant et al | Date Filed: 05/23/2016 |
| Assigned to: District Judge John A. Gibney, Jr | Jury Demand: Plaintiff |
| Cause: 31:3729 False Claims Act | Nature of Suit: 376 Qui Tam (31 U.S.C. § 3729(a)) |
| | Jurisdiction: Federal Question |

**Plaintiff**

**United States of America**  
*ex rel.*

represented by **Robert P. McIntosh**
United States Attorney's Office
SunTrust Building
919 East Main Street
Suite 1900
Richmond, VA 23219
(804) 819–5400
Email: Robert.McIntosh@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**The Commonwealth of Virginia**  
*ex rel.*

represented by **The Commonwealth of Virginia**
PRO SE

**Plaintiff**

**Sealed Plaintiff 1**

represented by **Philip Martin Sprinkle , II**
Balch &Bingham LLP (GA)
30 Ivan Allen, Jr. Blvd, NW
Suite 700
Atlanta, GA 30308–3036
(404) 962–3573
Fax: (866) 811–7365
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sealed Defendant 1**

**Defendant**

**Sealed Defendant 2**

| Date Filed | # | Docket Text |
|---|---|---|
| 05/23/2016 | 1 | COMPLAINT against Sealed Defendant 1, Sealed Defendant 2 (Filing fee: $400.00, receipt number 34683033188), filed by Sealed Plaintiff 1. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Civil Cover Sheet, # 7 Letter, # 8 Receipt) (nbrow) |

| | (Entered: 05/24/2016) |