IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 0 1 2016

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

UNITED STATES OF AMERICA and )
THE COMMONWEALTH OF VIRGINIA, )
*Ex. Rel.* Matthew A. Bolinger, M.D., )
　　　　　　　　　　　　　　　　　　　　)
　　　　Plaintiffs, )
　　　　　　　　　　　　　　　　　　　　)
v. ) Civil Action No. 6:16-CV-00033
　　　　　　　　　　　　　　　　　　　　)
CENTRA HEALTH, INC. and ) **FILED IN CAMERA**
BLUE RIDGE EAR, NOSE, THROAT, ) **AND UNDER SEAL**
& PLASTIC SURGERY, INC., )
　　　　　　　　　　　　　　　　　　　　)
　　　　Defendants. )

**UNITED STATES' AND THE COMMONWEALTH OF VIRGINIA'S APPLICATION
FOR FIRST EXTENSION OF TIME TO DETERMINE WHETHER TO INTERVENE IN
THIS MATTER AND MOTION TO PARTIALLY LIFT SEAL**

　　　　Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(3) and Virginia Fraud Against Taxpayer's Act, Va. Code Ann. § 8.01-216.5, the United States and Commonwealth of Virginia (hereinafter, collectively, "the Government"), by its undersigned attorneys, respectfully request the Court grant an extension of time, from July 22, 2016, up to and including February 1, 2017, within which the Government may decide whether to intervene in this action, and during which time the Complaint and other documents filed in this *qui tam* action, including this pleading, shall remain under seal except as otherwise requested by the Government below. This is the Government's first request for an extension of time.

　　　　The Government also respectfully moves the Court for an order partially lifting the seal in this case pursuant to the False Claims Act, 31 U.S.C. § 3730(b). The Government submits this Motion so that, in its discretion, the Government may disclose the allegations and provide a copy of the Complaint and any amended complaints subsequently filed, related pleadings, or a subset

of information contained therein to: (1) any state or federal official or agency responsible for monitoring, auditing, investigating and/or prosecuting fraud in the Medicaid or Medicare programs and any other party whose knowledge of this *qui tam* action, may, in the opinion of the Government, aid in the efficient resolution of this matter; (2) Defendants and their counsel, including any of their affiliated entities and their counsel; and (3) any future defendants and their counsel who may be added in any amended complaints.

Counsel for Relator, Matthew A. Bolinger, M.D., has advised that Relator consents to this application for first extension of time to determine whether to intervene in the matter. As to the motion to partially lift the seal, Relator consents to the lift only as to federal and state authorities.

The Court is respectfully referred to the memorandum of law in support of this application and motion, and to the proposed order filed herewith.

Dated: July __1__, 2016.

                                        Respectfully submitted,

                                        JOHN P. FISHWICK, JR.
                                        United States Attorney

                                        */s/ Sara Bugbee Winn*
                                        Sara Bugbee Winn
                                        Assistant United States Attorney
                                        Virginia State Bar No. 35924
                                        P. O. Box 1709
                                        Roanoke, Virginia 24008-1709
                                        Tel: (540) 85702252   Fax: (540) 857-2283
                                        Email: swinn@usdoj.gov

MARK R. HERRING
Attorney General

*Kimberly M. Bolton by Sara Bugbee Winn*
Kimberly M. Bolton
Virginia State Bar No. 80006
Medicaid Fraud Control Unit
200 North Ninth Street
Richmond, Virginia 23219
Tel: (804) 786-4619   Fax: (804) 786-0807
Email: kbolton@oag.state.va.us

## CERTIFICATE OF SERVICE

I certify that upon entry of the proposed Order in this case, the United States and Commonwealth of Virginia's Application for First Extension of Time to Determine Whether to Intervene in this Matter and Motion to Partially Lift Seal and the Order shall be served by mail or email upon counsel for Relator, as follows:

Philip M. Sprinkle II, Esquire
BALCH & BINGHAM LLP
30 Ivan Allen Jr. Blvd., N.W., Suite 700
Atlanta, Georgia 30308-3036

Pursuant to 31 U.S.C. § 3730(b)(2), this matter is under seal and, therefore, Defendants will not be served with this pleading.

*Sara Bugbee Winn*
Sara Bugbee Winn
Assistant United States Attorney