IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 19 2017

JULIA C. DUDLEY, CLERK
BY: /s/
   DEPUTY CLERK

UNITED STATES OF AMERICA and )
THE COMMONWEALTH OF VIRGINIA, )
*Ex. Rel.* Matthew A. Bolinger, M.D., )
                                     )
        Plaintiffs,                  )
                                     )
v.                                   )   Civil Action No. 6:16-CV-00033
                                     )
CENTRA HEALTH, INC. and              )   **FILED IN CAMERA**
BLUE RIDGE EAR, NOSE, THROAT,        )   **AND UNDER SEAL**
& PLASTIC SURGERY, INC.,             )
                                     )
        Defendants.                  )
_____ )

**UNITED STATES' AND THE COMMONWEALTH OF VIRGINIA'S
APPLICATION FOR THIRD EXTENSION OF TIME
TO DETERMINE WHETHER TO INTERVENE IN THIS MATTER**

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(3), and Virginia Fraud Against Taxpayer's Act, Va. Code Ann. § 8.01-216.5, the United States and Commonwealth of Virginia (hereinafter, collectively, "the Government"), by its undersigned attorneys, respectfully request the Court grant an extension of time, from August 1, 2017, up to and including February 1, 2018, within which the Government may decide whether to intervene in this action. The Government further requests that, during this time, the Complaint and other documents filed in this *qui tam* action, including this pleading, shall remain under seal except as may be otherwise requested by the Government below. This is the Government's third request for an extension of time.

Counsel for Relator, Matthew A. Bolinger, M.D., has advised that Relator consents to this application for third extension of time to determine whether to intervene in the matter.

The Court is respectfully referred to the memorandum of law in support of this application, and to the proposed order filed herewith.

Dated:  July 19, 2017.

          Respectfully submitted,

          RICK A. MOUNTCASTLE
          Acting United States Attorney

          */s/ Sara Bugbee Winn*
          Sara Bugbee Winn
          Assistant United States Attorney
          Virginia State Bar No. 35924
          P. O. Box 1709
          Roanoke, Virginia 24008-1709
          Tel: (540) 85702252   Fax: (540) 857-2283
          Email: swinn@usdoj.gov

          COMMONWEALTH OF VIRGINIA

          */s/ Kimberly M. Bolton by Mary Reed*
          Kimberly M. Bolton
          Virginia State Bar No. 80006
          Office of the Attorney General
          Medicaid Fraud Control Unit
          202 North Ninth Street
          Richmond, Virginia 23219
          Tel: (804) 786-4619   Fax: (804) 786-0807
          Email: kbolton@oag.state.va.us

## CERTIFICATE OF SERVICE

I certify that upon entry of the proposed Order in this case, the United States and Commonwealth of Virginia's Application for Third Extension of Time to Determine Whether to Intervene in this Matter and Order shall be served by mail or email upon counsel for Relator, as follows:

      Philip M. Sprinkle II, Esquire
      Akerman
      750 Ninth Street, N.W.
      Suite 750
      Washington, D.C. 20001

Pursuant to 31 U.S.C. § 3730(b)(2), this matter is under seal and, therefore, Defendants will not be served with this pleading.

          */s/ Sara Bugbee Winn*
          Sara Bugbee Winn
          Assistant United States Attorney