IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and THE COMMONWEALTH OF VIRGINIA, *Ex. Rel.* Matthew A. Bolinger, M.D., <br><br>  Plaintiffs, <br><br> v. <br><br> CENTRA HEALTH, INC. and BLUE RIDGE EAR, NOSE, THROAT, & PLASTIC SURGERY, INC., <br><br> Defendants. | Civil Action No. 6:16-CV-00033 <br><br> **FILED IN CAMERA AND UNDER SEAL** |

### ORDER GRANTING THIRD EXTENSION OF TIME FOR THE GOVERNMENT TO DETERMINE WHETHER TO INTERVENE IN THIS MATTER

Upon consideration of the United States' and the Commonwealth of Virginia's Application for the Third Extension of Time to Determine Whether to Intervene in This Matter, and for good cause shown,

**IT IS HEREBY ORDERED** that,

1. The United States and Commonwealth of Virginia (the "Commonwealth") shall have until and including February 1, 2018, to intervene in the above-captioned action or to notify the Court that they decline to do so;

2. Counsel for the United States and the Commonwealth shall be permitted to serve the Application and this Order upon counsel for Relator.

The Clerk is directed to send a filed-stamped copy of the Motion, the Memorandum of Law, and executed Order to counsel for the United States.

ENTERED: This _____ day of July, 2017.

_____
UNITED STATES DISTRICT JUDGE