CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
JULY 20, 2017
JULIA C. DUDLEY, CLERK
BY: s/ F. COLEMAN
     DEPUTY CLERK



**U. S. Department of Justice**

*United States Attorney*
*Western District of Virginia*

---

Rick A. Mountcastle
Acting United States Attorney

Street Address (overnight mail)
310 First Street, SW, Room 906
Roanoke, Virginia 24011

Mailing Address
P. O. Box 1709
Roanoke, Virginia 24008
Telephone: 540-857-2250
Fax: 540-857-2614

July 19, 2017

Carmen Amos, Deputy Clerk
Via Hand Delivery to the Roanoke Courthouse

Re: Civil Action No. 6:16-cv-00033

Dear Ms. Amos:

We regretfully filed an incorrect version of our Memo in Support of our Motion for an Extension yesterday. Please allow us to retract and replace said document with the corrected version attached hereto.

Should you have any questions or require additional documentation or information, please contact Jennifer McNamara at 540-857-2918.

Very truly yours,

RICK A. MOUNTCASTLE
Acting United States Attorney

*/s/ Mary F. Reed*

Mary F. Reed
Paralegal