U. S. DISTRICT COURT
Western District of Virginia
1101 Court Street, Room A66
Lynchburg, VA 24504

*Julia C. Dudley*  *Voice: 434-847-5722*
*Clerk of the Court*  *Facsimile: 434-847-2002*

July 31, 2017

Deborah Coleman,
Legal Administrative Assistant
AKERMAN LLP
750 Ninth Street, N.W., Suite 750
Washington, DC  20001

RE:   Civil Action No. 6:16-cv-00033
      United States of America, et al. v. Centra Health, Inc., et al.

Dear Ms. Coleman:

Pursuant to our telephone conversation this date, the two checks received in our office this date accompanying the two pro hac vice motions are being returned to you. As I informed you on the phone, there is no fee for pro hac vice admission of attorneys in our court.

The following Akerman LLP checks are enclosed:

    Check No. 75000496   -   $181.00
    Check No. 75000497   -   $181.00

If you have any questions, please contact our office.

Very truly yours,

JULIA C. DUDLEY, CLERK

By: *Fay Coleman*
Deputy Clerk