CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 31 2018

JULIA C. DUDLEY, CLERK
BY: /s/ A. Beeson
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and THE COMMONWEALTH OF VIRGINIA, *ex. rel.* Matthew A. Bolinger, M.D., <br><br> Plaintiffs, <br><br> v. <br><br> CENTRA HEALTH, INC. and BLUE RIDGE EAR, NOSE, THROAT, & PLASTIC SURGERY, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) Civil Action No. 6:16-CV-00033 ) ) **FILED IN CAMERA** ) **AND UNDER SEAL** ) ) ) ) ) |

## UNITED STATES' AND THE COMMONWEALTH OF VIRGINIA'S APPLICATION FOR AN EXTENSION OF TIME TO DETERMINE WHETHER TO INTERVENE IN THIS MATTER

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(3), and Virginia Fraud Against Taxpayer's Act, Va. Code Ann. § 8.01-216.5(C), the United States and Commonwealth of Virginia (hereinafter, collectively, "the Government"), by its undersigned attorneys, respectfully request the Court grant an extension of time, up to and including August 1, 2018, within which the Government may decide whether to intervene in this action. The Government further requests that, during this time, the Complaint and other documents filed in this *qui tam* action, including this pleading, shall remain under seal except as may be otherwise requested by the Government below. This is the Government's fourth request for an extension of time.

Counsel for Relator, Matthew A. Bolinger, M.D., has advised that Relator consents to this application for extension of time to determine whether to intervene in the matter. The Court is respectfully referred to the memorandum of law in support of this application, and to the proposed order filed herewith.

Dated: Jan 31, 2018.

Respectfully submitted,

RICK A. MOUNTCASTLE
United States Attorney

*Sara Bugbee Winn*

Sara Bugbee Winn
Assistant United States Attorney
Virginia State Bar No. 35924
P. O. Box 1709
Roanoke, Virginia 24008-1709
Tel: (540) 85702252   Fax: (540) 857-2283
Email: swinn@usdoj.gov

COMMONWEALTH OF VIRGINIA

*Sara Bugbee Winn for/ Kimberly M. Bolton*

Kimberly M. Bolton
Virginia State Bar No. 80006
Office of the Attorney General
Medicaid Fraud Control Unit
202 North Ninth Street
Richmond, Virginia 23219
Tel: (804) 786-4619   Fax: (804) 786-0807
Email: kbolton@oag.state.va.us

## CERTIFICATE OF SERVICE

I certify that upon entry of the proposed Order in this case, the United States and Commonwealth of Virginia's Application for an Extension of Time to Determine Whether to Intervene in this Matter and Order shall be served by mail or email upon counsel for Relator, as follows:

Philip M. Sprinkle II, Esquire
Akerman
750 Ninth Street, N.W.
Suite 750
Washington, D.C. 20001

Pursuant to 31 U.S.C. § 3730(b)(2), this matter is under seal and, therefore, Defendants will not be served with this pleading.

*Sara Bugbee Winn*
Sara Bugbee Winn
Assistant United States Attorney