CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 26 2018

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and <br> THE COMMONWEALTH OF VIRGINIA, <br> *Ex. Rel.* Matthew A. Bolinger, M.D., <br><br> Plaintiffs, <br><br> v. <br><br> CENTRA HEALTH, INC. and <br> BLUE RIDGE EAR, NOSE, THROAT, <br> & PLASTIC SURGERY, INC., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 6:16-CV-00033 <br> ) <br> ) **FILED IN CAMERA** <br> ) **AND UNDER SEAL** <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF RECUSAL

The United States of America provides notice that the United States Attorney for the Western District of Virginia has been recused from this case. Assistant United States Attorney Rick A. Mountcastle will be acting as the Attorney for the United States under authority conferred by 28 U.S.C § 515.

Date: April 26, 2018

Respectfully submitted,

RICK A. MOUNTCASTLE
United States Attorney
Acting Under Authority Conferred
by 28 U.S.C § 515

/s/ Sara Bugbee Winn
Sara Bugbee Winn
Assistant United States Attorney
Virginia State Bar No. 35924
P. O. Box 1709
Roanoke, Virginia 24008-1709
Tel: (540) 85702252   Fax: (540) 857-2283
Email: swinn@usdoj.gov

1

## CERTIFICATE OF SERVICE

I certify that on this 26th day of April, 2018, I have caused this document to be served as follows:

>Kimberly M. Bolton, Esquire
>Office of the Attorney General
>Medicaid Fraud Control Unit
>202 North Ninth Street
>Richmond, Virginia 23219
>Counsel for the Commonwealth of Virginia
>
>Philip M. Sprinkle II, Esquire
>Akerman
>750 Ninth Street, N.W., Suite 750
>Washington, D.C. 20001
>Counsel for Relator

*Sara Bugbee Winn*
Sara Bugbee Winn
Assistant United States Attorney