CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
07/31/2019
JULIA C. DUDLEY, CLERK
BY: s/ F. COLEMAN
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA AND THE COMMONWEALTH OF VIRGINIA, *EX REL.*, MATTHEW A. BOLINGER, M.D.,<br><br>*PLAINTIFFS*,<br><br>v.<br><br>CENTRA HEALTH, INC., AND BLUE RIDGE EAR, NOSE, THROAT, & PLASTIC SURGERY, INC.,<br><br>*DEFENDANTS*. | CASE NO. 6:16-cv-00033<br><br>**FILED IN CAMERA<br>AND UNDER SEAL**<br><br>ORDER<br><br>SENIOR JUDGE NORMAN K. MOON |

    Before the Court is the United States' and the Commonwealth of Virginia's Application for an Extension of Time to Determine Whether to Intervene in this Matter. (Dkt. 39). The Relator has consented to the application for extension of time. (*Id.* at 1). For good cause shown, it is hereby **ORDERED** that:

1. The United States' and the Commonwealth of Virginia's Application for Extension of Time to Determine Whether to Intervene in this Matter, (dkt. 39), is **GRANTED**;

2. The United States and the Commonwealth of Virginia shall have until and including February 1, 2020, to intervene in the above-captioned action or to notify the Court that they decline to do so;

3. All documents filed in this action shall remain under seal except as otherwise provided by order of the Court; and

2

4. Counsel for the United States and the Commonwealth of Virginia shall be permitted to serve the Application for Extension of Time and this Order upon counsel for the Relator.

The Clerk of the Court is directed to send a file-stamped copy of the Application for Extension of Time (dkt. 39), the Memorandum of Law (dkt. 40), and this Order to counsel for the United States.

Entered this __31st__ day of July, 2019.

_____
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE