IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
4/2/2020
JULIA C. DUDLEY, CLERK
BY:  s/ CARMEN AMOS
       DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA and ) <br> THE COMMONWEALTH OF VIRGINIA, ) <br> *ex. rel.* Matthew A. Bolinger, M.D., ) <br>   ) <br>   Plaintiffs, ) <br>   ) <br> v. ) Civil Action No. 6:16-CV-00033 <br>   ) <br> CENTRA HEALTH, INC. and ) <br> BLUE RIDGE EAR, NOSE, THROAT, ) <br> & PLASTIC SURGERY, INC., ) <br>   ) <br>   Defendants. ) <br> _____ ) | |

## NOTICE OF ELECTION TO INTERVENE FOR SETTLEMENT PURPOSES

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), and the Virginia Fraud Against Taxpayers Act, VA Code Ann. § 8.01-216.5(D), the United States and the Commonwealth of Virginia notify the Court of their election to intervene in this action for settlement purposes. With this notice, the United States, the Commonwealth of Virginia, and the Relator also file a Joint Stipulation of Dismissal dismissing this action and providing for the lifting of the seal.

Respectfully Submitted,

Dated:  April 2, 2020

DANIEL P. BUBAR
Attorney for the United States,
Acting Under Authority Conferred by
28 U.S.C. § 515.

 /s/ *Sara Bugbee Winn*
Sara Bugbee Winn
Assistant United States Attorney
Virginia State Bar No. 35924
P. O. Box 1709
Roanoke, Virginia 24008-1709
Tel: (540) 85702252
Email: sara.winn@usdoj.gov

Dated: <u>April 2, 2020</u>  COMMONWEALTH OF VIRGINIA

<u> /s/ Kimberly M. Bolton            </u>
Kimberly M. Bolton
Virginia State Bar No. 80006
Office of the Attorney General
Medicaid Fraud Control Unit
202 North Ninth Street
Richmond, Virginia 23219
Tel: (804) 786-4619
Email: kbolton@oag.state.va.us

## **CERTIFICATE OF SERVICE**

     I certify upon entry of the Court's order unsealing this case I will send a copy of the foregoing by email to counsel for Relator and Defendants as follows:

        Philip M. Sprinkle II, Esquire
        Akerman
        750 Ninth Street, N.W. Suite 750
        Washington, D.C. 20001

        Ankur J. Goel, Esquire
        McDermott Will & Emery LLP
        500 North Capitol Street, N.W.
        Washington, D.C.  20001-1531

        Eric J. Sorenson, Jr., Esquire
        Woods Rogers, PLC
        828 Main Street
        19th Floor
        Lynchburg, Virginia 24504

        Frederick A. Tecce, Partner
        IceMiller LLP
        1735 Market Street
        Suite 3450
        Philadelphia, PA 19103

        Timothy D. Belevetz, Partner
        IceMiller LLP
        20 F Street, N.W.
        Suite 850
        Washington, DC  20001

                        _/s/ Sara Bugbee Winn_____
                        Sara Bugbee Winn
                        Assistant United States Attorney