CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
4/2/2020
JULIA C. DUDLEY, CLERK
BY: s/ CARMEN AMOS
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and<br>THE COMMONWEALTH OF VIRGINIA,<br>*ex. rel.* Matthew A. Bolinger, M.D.,<br><br>    Plaintiffs,<br><br>v.<br><br>CENTRA HEALTH, INC. and<br>BLUE RIDGE EAR, NOSE, THROAT,<br>& PLASTIC SURGERY, INC.,<br><br>    Defendants. | Civil Action No. 6:16-CV-00033 |

## JOINT STIPULATION OF DISMISSAL

The United States of America, the Commonwealth of Virginia, and Relator Matthew A. Bolinger, M.D., by counsel, file this Joint Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Settlement Agreement executed with Defendant Centra Health, Inc., Centra Medical Group, LLC, and Southside Community Hospital, Inc. (Centra Agreement), and the Settlement Agreement executed with Defendant Blue Ridge Ear, Nose, Throat & Plastic Surgery, Inc. (Blue Ridge ENT Agreement).

In accordance with Paragraph 15 of the Centra Agreement and Paragraph 14 of the Blue Ridge ENT Agreement, and Federal Rule of Civil Procedure 41(a)(1)(B), the dismissal shall be as follows:

    (1) With Prejudice as to Relator's claims alleged in the Complaint (ECF No. 1);

    (2) With Prejudice as to claims of the United States or the Commonwealth of Virginia against Defendant Centra Health, Inc., Centra Medical Group. LLC, or Southside

Community Hospital, Inc. for the Covered Conduct described in Recital Paragraphs E and G of the Centra Agreement;

(3) With Prejudice as to claims of the United States or the Commonwealth of Virginia against Defendant Blue Ridge ENT for the Covered Conduct described in Recital Paragraph D of the Blue Ridge ENT Agreement; and

(4) Without Prejudice as to all claims of the United States or the Commonwealth of Virginia other than claims for the Covered Conduct in the above referenced Settlement Agreements.

This Stipulation does not dismiss any claims reserved by the terms of either of the Settlement Agreements or as contained in separate agreements, if any, by and among any of the parties.

The parties respectfully request that the Court enter an Order in the form of the attached proposed Order.

Respectfully Submitted,

Dated:  April 2, 2020

DANIEL P. BUBAR
Attorney for the United States,
Acting Under Authority Conferred by
28 U.S.C. § 515.

 /s/ Sara Bugbee Winn
Sara Bugbee Winn
Assistant United States Attorney
Virginia State Bar No. 35924
P. O. Box 1709
Roanoke, Virginia 24008-1709
Tel: (540) 857-2913
Email: sara.winn@usdoj.gov

Dated: <u>April 2, 2020</u>                                       COMMONWEALTH OF VIRGINIA

                                                        */s/ Kimberly M. Bolton*
Kimberly M. Bolton
Virginia State Bar No. 80006
Office of the Attorney General
Medicaid Fraud Control Unit
202 North Ninth Street
Richmond, Virginia 23219
Tel: (804) 786-4619
Email: kbolton@oag.state.va.us

Dated:  <u>April 2, 2020</u>             <u>*/s/ Philip M. Sprinkle II*</u>
Philip M. Sprinkle II
Virginia State Bar No. 20763
Akerman LLP
750 9th Street, N.W., Suite 750
Washington, DC 20001
Tel: (202) 824-1722
Email: philip.sprinkle@akerman.com
                 Counsel for Relator

## **CERTIFICATE OF SERVICE**

I certify upon entry of the Court's order unsealing this case I will send a copy of the foregoing by email to counsel for Defendants as follows:

> Philip M. Sprinkle II, Esquire
> Akerman
> 750 Ninth Street, N.W. Suite 750
> Washington, D.C. 20001
>
> Ankur J. Goel, Esquire
> McDermott Will & Emery LLP
> 500 North Capitol Street, N.W.
> Washington, D.C.  20001-1531
>
> Eric J. Sorenson, Jr., Esquire
> Woods Rogers, PLC
> 828 Main Street
> 19th Floor
> Lynchburg, Virginia 24504
>
> Frederick A. Tecce, Partner
> IceMiller LLP
> 1735 Market Street
> Suite 3450
> Philadelphia, PA 19103
>
> Timothy D. Belevetz, Partner
> IceMiller LLP
> 20 F Street, N.W.
> Suite 850
> Washington, DC  20001

                                                        _/s/ Sara Bugbee Winn_____
                                                       Sara Bugbee Winn
                                                       Assistant United States Attorney